## Third Department, March, 1944.
### (March 8, 1944.)

In the Matter of the Claim of CARMELA NORCISO, Appellant, against AMERICAN BOOK BINDERY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent. — Motion to dismiss appeal granted, unless appellant perfects appeal, files and serves record and brief on or before April 15, 1944, and is ready for argument at the May term of this court, commencing May 1, 1944, in which event the motion is denied. Appellant's application for a shortened record is not passed upon, as that is a question for the Industrial Board to determine in the first instance. All concur.

In the Matter of the Claim of CORA H. WALKER, Appellant, against WILLARD C. PALMER et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Under the statute, service upon an attorney is not prerequisite to start the time running within which an appeal may be taken. All concur.

In the Matter of the Claim of REUBEN COGAS, Respondent, against GORDON FUR COMPANY et al., Appellants, and GLOBE INDEMNITY COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 843.] All concur.

In the Matter of the Claim of PATRICK COLLINS, Respondent, against TRANSIT COMMISSION OF THE STATE OF NEW YORK et al., Respondents, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 843.] All concur.

In the Matter of the Claim of ANTHONY GUARNERA, Respondent, against RADIO PICTURE FRAME CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 843.] All concur.

In the Matter of the Claim of JOHN P. VALDEZ, Appellant, against HARTFORD ACCIDENT & INDEMNITY COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision of this court, handed down January 19, 1944 [*ante*, p. 844], is amended and modified to read that the decision is reversed with costs against the Special Fund for Reopened Cases. All concur.

In the Matter of the Claim of CLARA MARK, Respondent, against MYROD AMUSEMENT CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 844.] All concur.

In the Matter of the Claim of VERA LEITER, Respondent. MICHAEL J. MURPHY, as Acting Industrial Commissioner, Appellant.— Decision of the Unemployment Insurance Appeal Board reversed and the decision of the referee is reinstated on the authority of *Matter of Goldstein (Murphy)* (*ante*, p. 482, decided herewith), without costs. Heffernan, Schenck and Brewster, JJ., concur; Hill, P. J., and Bliss, J., dissent upon the grounds set forth in the dissenting opinion in *Matter of Goldstein (Murphy)* (*ante*, p. 482, decided herewith).

In the Matter of the Claim of HENRIETTA GOLDBLATT, Respondent. MICHAEL J. MURPHY, as Acting Industrial Commissioner, Appellant.— Motion to modify decision of this court handed down January 19, 1944 [*ante*, p. 845], by striking out costs against the claimant, granted. All concur.